UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.09-00215 WBS |
| v. | ) | |
| | ) | |
| JERMELL FONVILLE | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum          ( ) Ad Testificandum

Name of Detainee:      JERMELL FONVILLE
Detained at (custodian):      SAN JOAQUIN COUNTY JAIL
Detainee is:    a.)    (X) charged in this district by:    ( ) Indictment    (X) Information    ( ) Complaint
                             charging detainee with conspiracy to possess with intent to distribute, and distribute
                             5 or more kilograms of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 846.
       or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
            or    b.)    (X) be retained in federal custody until final disposition of federal charges.

*Appearance is necessary on **MARCH 29, 2010, AT 2:00 PM,** in the Eastern District of California.*

                     Signature:        /s/ Samuel Wong
                     Printed Name & Phone No:      Samuel Wong (916)554-2772
                     Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum          ( ) Ad Testificandum

       The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **MARCH 29, 2010, at 2:00pm**, at 501 I Street, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: March 2, 2010.

                                                       EDMUND F. BRENNAN
                                                       United States Magistrate Judge

___

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Jermell Fonville, Jermell Tyrone Fonville, Jermell Tyrone Dean Fonville | Male |
| Booking or CDC #: | 10-03301 | DOB: 05/12/1985 |
| Facility Address: | 999 West Mathews Road | |
| | French Camp, CA 95231 | Race: |
| | | FBI #: |
| Facility Phone: | (209)468-4400 | |
| Currently Incarcerated For: | PC 211 Felony Robbery | |

___

### RETURN OF SERVICE

Executed on    _____      By: _____
                                                                                          (Signature)