BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JERMELL FONVILLE, ) <br> ) <br> Defendant. ) <br> ) <br>_____ ) | No. 2:CR-09-215 WBS <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** <br><br> Date:  May 3, 2010 <br> Time:  8:30 a.m. <br> Court:  Hon. William B. Shubb |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Jermell Fonville, on the other hand, through their respective attorneys, that:  (1) the status conference scheduled for May 3, 2010, at 8:30 a.m., for possible change of plea shall be continued to May 17, 2010, at 8:30 a.m.; and (2) time from the date of this stipulation, April 28, 2010, through, and including, the date of the new status conference on May 17, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (defense counsel

1

1  preparation) to allow additional time for defense counsel to meet
2  and discuss the written plea offer made by the United States.
3
4  Dated:   April 28, 2010                /s/ Markus Mueller-Dombois
                                          _____
5                                         MARKUS MUELLER-DOMBOIS
                                          Attorney for defendant
6                                         Jermell Fonville
                                          (per telephone authorization)
7
8  Dated:   April 28, 2010                BENJAMIN B. WAGNER
                                          UNITED STATES ATTORNEY
9
                                                 /s/ Samuel Wong
10                                        By:   _____
                                          SAMUEL WONG
11                                        Assistant U.S. Attorney

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and defendant in a speedy trial. The Court also finds the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It is ordered that the time from the date of the parties' stipulation, April 28, 2010, to and including May 17, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (defense counsel preparation).

It is further ordered that the May 3, 2010, status conference shall be continued until May 17, 2010, at 8:30 a.m.

It is so ordered.

Dated: April 29, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE